**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
DECEMBER 27, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 7269

In the Matter of                                             Case Number:

SUSQUEHANNA INTERNATIONAL GROUP, LLP,
Plaintiff,
v.
RICHARD PFEIL, et al.,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

JUDGE GRADY
MAGISTRATE JUDGE KEYS

| NAME (Type or print) |
| --- |
| Edwin E. Brooks |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Edwin E. Brooks |
| FIRM |
| Drinker Biddle Gardner Carton (Drinker Biddle & Reath LLP) |
| STREET ADDRESS |
| 191 N. Wacker Drive, Suite 3700 |
| CITY/STATE/ZIP |
| Chicago, IL 60606-1698 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6193734 | 312-569-1425 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐