**DAJ**

**FILED**
**DECEMBER 27, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 7269**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SUSQUEHANNA INTERNATIONAL GROUP, LLP,
Plaintiff,
v.
RICHARD PFEIL, et al.,
Defendants.

Case Number:

**JUDGE GRADY**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print) Steven D. Hamilton | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Steven D. Hamilton | |
| FIRM Drinker Biddle Gardner Carton (Drinker Biddle & Reath LLP) | |
| STREET ADDRESS 191 N. Wacker Drive, Suite 3700 | |
| CITY/STATE/ZIP Chicago, IL 60606-1698 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6289663 | TELEPHONE NUMBER 312-569-1435 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐