Case 1:07-cv-07269 Document 6 Filed 12/27/2007 Page 1 of 2

DAJ

**FILED**
**DECEMBER 27, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSQUEHANNA INTERNATIONAL GROUP, LLP, a Delaware limited liability partnership, | ) ) ) ) | |
| Plaintiff | ) ) | Case No.: |
| v. | ) ) ) | |
| RICHARD PFEIL, an individual, PFEIL ELECTRONIC TRADING, LLC, an Illinois limited liability company, NCX, LCC, an Illinois limited liability company, NT PROP TRADING LLC, an Illinois limited liability company, NT FINANCIAL GROUP, LLC, a North Carolina limited liability company, and LARRY NOCEK, an individual, | ) ) ) ) ) ) ) ) ) ) ) | |

**07 C 7269**

**JUDGE GRADY**
**MAGISTRATE JUDGE KEYS**

## NOTIFICATION OF AFFILIATES

Plaintiff, Susquehanna International Group, LLP ("SIG"), by its undersigned attorneys and pursuant to Local Rule 3.2, states as follows:

SIG, a Delaware limited liability partnership, has no publicly-held "affiliates" as that term is defined by Local Rule 3.2.

Dated: December 27, 2007

/s/ Steven D. Hamilton
One of the Attorneys for Plaintiff

Edwin E. Brooks (6193734)
David S. Almeida (6285557)
Steven D. Hamilton (6289663)
DRINKER BIDDLE GARDNER CARTON
(Drinker Biddle & Reath LLP)
191 N. Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Tel. 312 569 1425
Fax 312 569 3425

Larry H. Spector
KAUFMANN, COREN & RESS, P.C.
1717 Arch Street, Suite 3710
Philadelphia, PA 19103-2097
(215) 735 8700

*Attorneys for Plaintiff,*
*Susquehanna International Group, LLP*

CH02/ 22508177.1