IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SUSQUEHANNA INTERNATIONAL GROUP, LLP**, a Delaware limited liability partnership,<br><br>    Plaintiff<br><br>v.<br><br>**RICHARD PFEIL,** an individual**, PFEIL ELECTRONIC TRADING, LLC**, an Illinois limited liability company, **NCX, LCC**, an Illinois limited liability company, **NT PROP TRADING LLC**, an Illinois limited liability company, **NT FINANCIAL GROUP, LLC**, a North Carolina limited liability company, and **LARRY NOCEK**, an individual, | Case No.: 07-CV-7269<br><br>Hon. Amy J. St. Eve<br><br>Mag. Judge Arlander Keys |

**PLAINTIFF'S REPORT IN LIEU OF INITIAL JOINT STATUS REPORT**

Now comes Plaintiff, SUSQUEHANNA INTERNATIONAL GROUP, LLP ("SIG"), and pursuant to this Court's March 6, 2008 Docket Entry, respectfully submits this Report in Lieu of Initial Status Report, and in support thereof states as follows:

1. This is diversity action alleging that Defendants, Richard Pfeil, Pfeil Electronic Trading, LLC, NCX, LLC, NT Prop Trading LLC, NT Financial Group, LLC, and Larry Nocek (collectively, "Defendants") made or received fraudulent conveyances in order to avoid potential liability on trade secret misappropriation claims. The trade secret misappropriation claims that form the underlying basis for this diversity action were tried before the Honorable Mary A. McLaughlin in an action in the United States District Court, Eastern District of Pennsylvania. That matter is captioned *Fishkin v. Susquehanna Partners G.P.*, (E.D. Pa. No. 03-3766) (the

"Pennsylvania Action"). The trial in the Pennsylvania Action concluded in July 2007, and the parties are awaiting a decision from Judge McLaughlin.

2. SIG filed this action in this Court on December 27, 2007 against parties that could not be sued in the Eastern District of Pennsylvania in order to toll the running of a statute of limitations, which may have expired in January 2008, on the fraudulent conveyance claims.

3. The undersigned is local counsel for SIG. SIG's principal counsel is Larry Spector of the Philadelphia law firm of Kaufman, Coren & Ress, P.C. On March 19, 2008, the undersigned filed an application for admission *pro hac vice* in this matter on behalf of Mr. Spector.

4. Given that the trial in the Pennsylvania Action is completed and the parties are only waiting for Judge McLaughlin's decision, SIG has deferred serving the Complaint because there may be no need to pursue the fraudulent conveyance claims raised in the instant action. Specifically, that would be the case if SIG won the Pennsylvania Action and satisfied any judgment against the defendants in that case, or if SIG lost the Pennsylvania Action.

5. In that a decision in the Pennsylvania Action is still pending, SIG, on March 19, 2008, sent to each Defendant a Request for Waiver of Service pursuant to FED. R. CIV. P. 4(d). Defendants will have 30 days to respond to those requests.

6. Under the circumstances, where no appearances have been due from defendants and it may be unnecessary for SIG to proceed with this case at all, it is impractical to now report to the court on a proposed discovery plan or pre-trial schedule. Once Defendants have either accepted the waiver of service or are served, if a decision is still pending in the Pennsylvania Action, a stay or other administrative action may be appropriate.

7. The court has scheduled an initial status hearing for April 1, 2008. Due to the uncertainty regarding the need to pursue this case, we respectfully request that the status hearing be postponed for 60 days, or another amount of time that is convenient for the Court, pending a ruling in the Pennsylvania Action.

Dated:  March 24, 2008

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

_____/s/ Steven D. Hamilton_____
Warren von Credo Baker
David S. Almeida
Steven D. Hamilton
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Tel. 312 569 1425
Fax 312 569 3425

Larry H. Spector (*pro hac vice* application pending)
KAUFMANN, COREN & RESS, P.C.
1717 Arch Street, Suite 3710
Philadelphia, PA  19103-2097
(215) 735 8700

*Attorneys for Plaintiff,*
*Susquehanna International Group, LLP*

CH02/ 22516908.1