IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSQUEHANNA INTERNATIONAL GROUP, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 07-CV-7269 |
| | ) | |
| RICHARD PFEIL, PFEIL ELECTRONIC TRADING, LLC, NCX LCC, NT PROP TRADING LLC, NT FINANCIAL GROUP, LLC, and LARRY NOCEK, | ) ) ) | |
| | ) | |
| Defendants. | | |

**NOTICE OF MOTION**

TO:
Larry H. Spector, Esq.                                Warren von Credo Baker, Esq.
Kaufmann, Coren & Ress, P.C.                   Drinker Biddle & Reath, LLO
1717 Arch Street, Suite 3710                      191 North Wacker Drive, Suite 3700
Philadelphia, PA 19103-2097                      Chicago, IL 60606


**PLEASE TAKE NOTICE** that on the 1st day of April, 2008, at 8:30 a.m. or as soon as thereafter as counsel may be heard, I shall appear before the Honorable Judge Amy J. St. Eve, or any judge sitting in her place and stead, in Room 1241 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **DEFENDANT NT PROP TRADING, LLC'S MOTION DISMISS**, a copy of which is attached hereto.

Date: March 27, 2008                                        Respectfully submitted,

                                                                          **NT PROP TRADING, LLC**,
                                                                          a Defendant

                                                                          By:  _____s/ Brenda M. Allison_____
                                                                                    One of Its Attorneys

David S. Ruskin (ARDC No. 6207596)
Brenda M. Allison (ARDC No. 6277040)
**HORWOOD MARCUS & BERK CHARTERED**
180 North LaSalle, Suite 3700
Chicago, Illinois  60601
(312) 606-3200

451428/1/3563.001