# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 07-CV-7269

Plaintiff:
**Susquehanna International Group, LLP**
vs.
Defendant:
**Richard Pfeil**

Received by EXPRESS PROCESS SERVICE, INC. on the 11th day of April, 2008 at 9:52 am to be served on **Richard Pfeil, W. 3426 High Meadow Road, Lake Geneva, WI 53147**. I, _Cynthia D Finley_, being duly sworn, depose and say that on the _18th_ day of _April_, 2008 at _10:59_ a.m., executed service by delivering a true copy of the **Summons and Amended Complaint** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(✓) SUBSTITUTE SERVICE: By serving _Mary Pfeil_ as _Wife_

( ) POSTED SERVICE: After attempting service on __/__ at _____ and on __/__ at _____ to a conspicuous place on the property described herein. A copy was than mailed on _____ from _____, _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age _50s_ Sex M (F) Race _W_ Height _5'4"_ Weight _130_ Hair _Brown_ Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _19th_ day of _April_, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC [seal: MANRIQUEZ, STATE OF WISCONSIN]

PROCESS SERVER # _n/a_
Appointed in accordance
with State Statutes

EXPRESS PROCESS SERVICE, INC.
1201 N. Post Road
Suite 5
Indianapolis, IN 46219-4225
(317) 890-1055
Our Job Serial Number: 2008002715

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f