## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| SUSQUEHANNA INTERNATIONAL GROUP, LLP | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| RICHARD PFEIL | ) |
| Defendant. | ) |

Civil Action No. 07-cv-7269

### NOTICE OF PLAINTIFF SUSQUEHANNA INTERNATIONAL GROUP LLP's MOTION FOR LEAVE TO DROP ALL DEFENDANTS AS PARTIES EXCEPT RICHARD PFEIL

TO:   See attached service list

PLEASE TAKE NOTICE that on Thursday, May 15, 2008, at 8:30 a.m., Plaintiff Susquehanna International Group LLP ("Susquehanna") will appear before the Honorable Amy J. St. Eve, or any judge sitting in her stead, in Room 1241 in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff Susquehanna's **Motion for Leave to Drop all Defendants as Parties Except Richard Pfeil**, a copy of which is hereby served upon you.

CH02/ 22518173.1

Dated: May 9, 2008  SUSQUEHANNA INTERNATIONAL

GROUP LLP

By: /s/ Warren von C. Baker
    One of its Attorneys

Warren von C. Baker (0099406)
Gregory Hosé (6291642)
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Tel. 312 569 1000
Fax 312 569 3000

Larry H. Spector
KAUFMAN, COREN & RESS, P.C.
1717 Arch Street, Suite 3710
Philadelphia, PA 19103-2097
(215) 735 8700
(Pro hac vice)
Attorneys for Plaintiff,
Susquehanna International Group, LLP

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2008, a copy of the foregoing *Notice of Motion and Motion of Plaintiff Susquehanna International Group LLP For Leave to Drop All Defendants as Parties Except Richard Pfeil* was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      Brenda M Allison
      Horwood Marcus & Berk
      Chartered
      180 N. LaSalle Street, Suite 3700
      Chicago, IL 60601
      Email: ballison@hmblaw.com

      I further certify that on May 9, 2008, a copy of the foregoing *Notice of Motion and Motion of Plaintiff Susquehanna International Group LLP For Leave to Drop All Defendants as Parties Except Richard Pfeil* was mailed, by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

| | |
|---|---|
| Richard Pfeil<br>W 3426 High Meadow Road<br>Lake Geneva, WI 53147 | Larry Nocek<br>906 San Carlos Court<br>Ft. Myers, Florida 33931 |
| Pfeil Electronic Trading, LLC<br>c/o Richard Pfeil<br>W 3426 High Meadow Road<br>Lake Geneva, WI 53147 | NCX, LLC<br>c/o Richard Pfeil<br>W 3426 High Meadow Road<br>Lake Geneva, WI 53147 |
| NT Prop Trading LLC<br>c/o Richard Pfeil<br>W 3426 High Meadow Road<br>Lake Geneva, WI 53147 | NT Financial Group, LLC<br>c/o Richard Pfeil<br>W 3426 High Meadow Road<br>Lake Geneva, WI 53147 |

      /s/ Warren von C. Baker
      Warren von C. Baker (Atty. No.0099406)
      DRINKER BIDDLE & REATH LLP
      191 North Wacker Drive, Suite 3700
      Chicago, IL  60606-1698
      Telephone: (312) 569-1000
      Telecopy: (312) 569-3000
      Email: warren.baker@dbr.com