**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| SUSQUEHANNA INTERNATIONAL GROUP, LLP | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-cv-7269 |
| RICHARD PFEIL | ) ) | |
| Defendant. | ) ) ) | |

## PLAINTIFF'S MOTION TO WITHDRAW EDWIN E. BROOKS AND STEVEN D. HAMILTON AS COUNSEL

Plaintiff, by its counsel, pursuant to Local Rule 83.17, hereby moves the Court for leave to withdraw Edwin E. Brooks and Steven D. Hamilton as his counsel in this matter for the following reasons:

1. Mr. Brooks and Mr. Hamilton have left the employment of Drinker Biddle & Reath, LLP, the Plaintiff's principal counsel, to begin working for McGuireWoods, LLP; and

2. The Plaintiff is represented by its remaining counsel in this matter.

For the reasons set forth above, the Plaintiff respectfully requests this Court grant this motion and enter the attached proposed Order.

Dated: May 9, 2008

CH02/ 22521205.1

          Respectfully submitted,

          SUSQUEHANNA INTERNATIONAL GROUP, LLP

          By: /s/ Warren von Credo Baker
               One of the Receiver's Attorneys

Warren von C. Baker (0099406)
Gregory Hosé (6291642)
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Tel. 312 569 1000
Fax 312 569 3000

Larry H. Spector
KAUFMAN, COREN & RESS, P.C.
1717 Arch Street, Suite 3710
Philadelphia, PA 19103-2097
(215) 735 8700
(Pro hac vice)
Attorneys for Plaintiff,
Susquehanna International Group, LLP