**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| SUSQUEHANNA INTERNATIONAL GROUP, LLP )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD PFEIL )<br>)<br>  Defendant. )<br>) | Civil Action No. 07-cv-7269 |

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW
EDWIN E. BROOKS AND STEVEN D. HAMILTON AS COUNSEL**

This matter coming to be heard on Plaintiff Susquehanna International Group's Motion to Withdraw Edwin E. Brooks and Steven D. Hamilton as Counsel, due and proper notice having been given and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

(1) The Plaintiff's Motion to Withdraw Edwin E. Brooks and Steven D. Hamilton as Counsel is GRANTED and Edwin E. Brooks and Steven D. Hamilton are hereby withdrawn as counsel for Plaintiff Susquehanna International Group.

Dated: _____, 2008        ENTERED:

                    _____
                    UNITED STATES DISTRICT COURT JUDGE

CH02/ 22521208.1