# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| SUSQUEHANNA INTERNATIONAL GROUP, LLP | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 07-cv-7269 |
| RICHARD PFEIL | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF PLAINTIFF SUSQUEHANNA INTERNATIONAL GROUP LLP's MOTION TO WITHDRAW EDWIN E. BROOKS AND STEVEN D. HAMILTON AS COUNSEL

TO:   See attached service list

PLEASE TAKE NOTICE that on Thursday, May 15, 2008, at 8:30 a.m., Plaintiff Susquehanna International Group LLP ("Susquehanna") will appear before the Honorable Amy J. St. Eve, or any judge sitting in her stead, in Room 1241 in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff Susquehanna's **Motion to Withdraw Edwin E. Brooks and Steven D. Hamilton as Counsel**, a copy of which is hereby served upon you.

CH02/ 22521355.1

| | |
|---|---|
| Dated: May 9, 2008 | SUSQUEHANNA INTERNATIONAL GROUP LLP |
| | By: /s/ Warren von C. Baker |
| | One of its Attorneys |

Warren von C. Baker (0099406)
Gregory Hosé (6291642)
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive, Suite 3700
Chicago, Illinois  60606-1698
Tel. 312 569 1000
Fax 312 569 3000

Larry H. Spector
KAUFMAN, COREN & RESS, P.C.
1717 Arch Street, Suite 3710
Philadelphia, PA  19103-2097
(215) 735 8700
(Pro hac vice)
Attorneys for Plaintiff,
Susquehanna International Group, LLP

CH02/ 22521355.1                              2

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, a copy of the foregoing *Notice of Motion and Motion to Withdraw Edwin E. Brooks and Steven D. Hamilton as Counsel* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Brenda M Allison
> Horwood Marcus & Berk Chartered
> 180 N. LaSalle Street, Suite 3700
> Chicago, IL 60601
> Email: ballison@hmblaw.com

I further certify that on May 9, 2008, a copy of the foregoing *Notice of Motion and Motion to Withdraw Edwin E. Brooks and Steven D. Hamilton as Counsel* was mailed, by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

| | |
|---|---|
| Richard Pfeil<br>W 3426 High Meadow Road<br>Lake Geneva, WI 53147 | Larry Nocek<br>906 San Carlos Court<br>Ft. Myers, Florida 33931 |
| Pfeil Electronic Trading, LLC<br>c/o Richard Pfeil<br>W 3426 High Meadow Road<br>Lake Geneva, WI 53147 | NCX, LLC<br>c/o Richard Pfeil<br>W 3426 High Meadow Road<br>Lake Geneva, WI 53147 |
| NT Prop Trading LLC<br>c/o Richard Pfeil<br>W 3426 High Meadow Road<br>Lake Geneva, WI 53147 | NT Financial Group, LLC<br>c/o Richard Pfeil<br>W 3426 High Meadow Road<br>Lake Geneva, WI 53147 |

> /s/ Warren von C. Baker
> Warren von C. Baker (Atty. No.0099406)
> DRINKER BIDDLE & REATH LLP
> 191 North Wacker Drive, Suite 3700
> Chicago, IL 60606-1698
> Telephone: (312) 569-1000
> Telecopy: (312) 569-3000
> Email: warren.baker@dbr.com