UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Susquehanna International Group, LLP;
                                        Plaintiff,

v.                                                      Case No.: 1:07−cv−07269
                                                        Honorable Amy J. St. Eve

Richard Pfeil, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2008:

MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Plaintiff Susquehanna International Group, LLP; to dismiss certain defendants [21] is granted. All Defendants are dismissed as parties without prejudice except Defendant Richard Pfeil. MOTION by counsel for Plaintiff Susquehanna International Group, LLP; to withdraw as attorney Edwin E. Brooks and Steven D. Hamilton [24] is granted. Attorney Edwin Earl Brooks and Steven David Hamilton terminated. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.