IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| SUSQUEHANNA INTERNATIONAL GROUP, LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.        ) | Case No.: 07-CV-7269 |
| ) | |
| RICHARD PFEIL, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO STAY PROCEEDINGS

Defendant, Richard Pfeil ("Pfeil"), by and through his attorneys, Horwood Marcus & Berk Chartered, and for its Motion to Stay Proceedings, states as follows:

1. Plaintiff filed its Amended Complaint against Pfeil alleging that Pfeil is liable for fraudulent transfer of NT Prop Trading, LLC's ("NT Prop") assets under the Illinois Fraudulent Transfer Act. Contained in Plaintiff's Amended Complaint is an allegation that Pfeil's liability is completely contingent upon a final judgment in Plaintiff's favor in another action pending in Pennsylvania (the "Pennsylvania Action").

2. The Pennsylvania Action was filed by former employees of Plaintiff seeking a declaration that the restrictive covenants imposed upon them by their former employer were unenforceable. Plaintiff filed a counterclaim against the former employees and also made claims against NT Prop for tortious interference, conversion, misappropriation of trade secrets and civil conspiracy.

3. The Court in the Pennsylvania Action has yet to issue its ruling, after a trial in this case in July 2007, as to whether any of the parties to that action are liable to Plaintiff. Pfeil is not a party to the Pennsylvania Action and Plaintiff admits that this action is contingent upon a verdict in its

favor in the Pennsylvania Action. *Amended Complaint*, attached hereto as <u>Exhibit A</u>, par. 1. In the event Plaintiff prevails in the Pennsylvania Action, it would have a judgment solely against NT Prop. The only way Plaintiff could state a claim against Pfeil is to prevail in the Pennsylvania Action.

4.　　Therefore, because Plaintiff's claims herein are contingent upon a case pending in another jurisdiction, Defendant seeks to stay this action until a final judgment is entered in the Pennsylvania Action.

5.　　As described above, the trial in the Pennsylvania Action has concluded and the parties are awaiting the Court's ruling. It would not be unreasonable to stay this proceeding while the parties await a ruling in the Pennsylvania Action. Moreover, it would be a waste of the parties time and resources to continue this action in the event the Plaintiff does not prevail in the Pennsylvania Action and this case becomes moot.

6.　　Plaintiff consents to a stay of this action until the Pennsylvania Action is brought to final resolution. <u>Ex. A</u>, p. 2, par. 1.

　　　WHEREFORE, Defendant Richard Pfeil respectfully requests this Court grant a stay of this proceeding until a final resolution of the cause entitled *Fishkin v. Susquehanna Partners, G.P.,* et al., Civil Action No. 03-3766 (Eastern District of Pennsylvania) and for any further relief this Court deems just.


                    Respectfully submitted,

                    **RICHARD PFEIL**,
                        Defendant


                    By: _____/s/Megan M. Mathias_____
                          One of His Attorneys


David S. Ruskin (ARDC No. 6207596)
Megan M. Mathias (ARDC No. 6280497)
**Horwood Marcus & Berk Chartered**
180 North LaSalle Street
Suite 3700
Chicago, Illinois  60601
(312) 606-3200