IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| SUSQUEHANNA INTERNATIONAL GROUP, LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 07-CV-7269 |
| ) | |
| RICHARD PFEIL, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case comes before the Court on Defendant's Motion to Stay Proceedings and the Court being advised,

IT IS HEREBY ORDERED that Defendant's Motion to Stay Proceedings is hereby granted and this proceeding is hereby stayed until this Court receives notice of a final resolution of the cause entitled *Fishkin v. Susquehanna Partners, G.P.,* et al., Civil Action No. 03-3766 (Eastern District of Pennsylvania).

IT IS FURTHER ORDERED that all deadlines previously set by this Court are stricken.

Dated:_____            _____
                                                                 Honorable Judge Amy J. St. Eve

Prepared by:
Megan M. Mathias (ARDC No. 6280497)
**Horwood Marcus & Berk Chartered**
180 North LaSalle Street
Suite 3700
Chicago, Illinois  60601
(312) 606-3200

473709/1/11049.000