IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSQUEHANNA INTERNATIONAL GROUP, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 07-CV-7269 |
| | ) | |
| RICHARD PFEIL, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:

| | |
|---|---|
| Larry H. Spector, Esq. | Warren von Credo Baker, Esq. |
| Kaufmann, Coren & Ress, P.C. | Drinker Biddle & Reath, LLO |
| 1717 Arch Street, Suite 3710 | 191 North Wacker Drive, Suite 3700 |
| Philadelphia, PA 19103-2097 | Chicago, IL 60606 |

    **PLEASE TAKE NOTICE** that on the 12th day of June, 2008, at 8:30 a.m. or as soon as thereafter as counsel may be heard, I shall appear before the Honorable Judge Amy J. St. Eve, or any judge sitting in her place and stead, in Room 1241 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant Richard Pfeil's Motion to Stay Proceeding**, a copy of which is attached hereto.

Date: May 30, 2008                          Respectfully submitted,

                                                  **RICHARD PFEIL**,
                                                     Defendant

                                        By: _____s/ Megan M. Mathias_____
                                                         One of His Attorneys

David S. Ruskin (ARDC No. 6207596)
Megan M. Mathias (ARDC No. 6270498)
**HORWOOD MARCUS & BERK CHARTERED**
180 North LaSalle, Suite 3700
Chicago, Illinois 60601
(312) 606-3200

473705/1/11049.000