UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Susquehanna International Group, LLP;

                Plaintiff,

v.                                                Case No.: 1:07−cv−07269
                                                Honorable Amy J. St. Eve

Richard Pfeil, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 9, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Defendant's Motion to Stay Proceedings [30] is granted without objection. Proceedings are hereby stayed until this Court receives notice of a final resolution of the cause entitled Fishkin v. Susquehanna Partners, G.P, 03−cv−3766 (Eastern District of Pennsylvania). Status hearing set for 6/26/08 is stricken and reset to 9/9/08 at 8:30 a.m. No appearance is required on the 6/12/08 notice date.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.